IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| SHANE MALLON, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:19-cv-00795-BPG |
| FROSTBURG STATE UNIVERSITY, *et al.*, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## [PROPOSED] ORDER

Upon consideration of Defendants Frostburg State University's and the State of Maryland's Motion to Dismiss or, in the Alternative, for Summary Judgment, Plaintiff Shane Mallon's opposition, and the reply, it is hereby **ORDERED**:

1. That Defendants' Motion is **GRANTED**;

2. That Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**;

3. That the Clerk of the Court **CLOSE THE CASE**.

**SO ORDERED**.

_____                     _____
Date                                                  The Honorable Beth P. Gesner
                                                              Chief Magistrate Judge
                                                              United States District Court for the District of Maryland