# Exhibit 1

 **CDC** Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Tetanus

## Causes and Transmission

Tetanus is an infection caused by a bacterium called *Clostridium tetani*. Spores of tetanus bacteria are everywhere in the environment, including soil, dust, and manure. The spores develop into bacteria when they enter the body.

### Common Ways Tetanus Gets Into Your Body



Stepping on nails or other sharp objects is one way people are exposed to the bacteria that cause tetanus. These bacteria are in the environment and get into the body through breaks in the skin.

The spores can get into the body through broken skin, usually through injuries from contaminated objects. Tetanus bacteria are more likely to infect certain breaks in the skin.  These include:

- Wounds contaminated with dirt, poop (feces), or spit (saliva)
- Wounds caused by an object puncturing the skin (puncture wounds), like a nail or needle
- Burns
- Crush injuries
- Injuries with dead tissue

### Other Ways Tetanus Gets Into Your Body

Tetanus bacteria can also infect the body through breaks in the skin caused by:

- Clean superficial wounds (when only the topmost layer of skin is scraped off)
- Surgical procedures
- Insect bites
- Dental infections
- Compound fractures (a break in the bone where it is exposed)
- Chronic sores and infections
- Intravenous (IV) drug use
- Intramuscular injections (shots given in a muscle)

### Time from Exposure to Illness

The incubation period — time from exposure to illness — is usually between 3 and 21 days (average 10 days). However, it may range from one day to several months, depending on the kind of wound. Most cases occur within 14 days. In general, doctors see shorter incubation periods with:

- More heavily contaminated wounds
- More serious disease
- A worse outcome (prognosis)

Page last reviewed: February 28, 2019

 **CDC** Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Tetanus

# Symptoms and Complications

People often call tetanus "lockjaw" because one of the most common signs of this infection is tightening of the jaw muscles. Tetanus infection can lead to serious health problems, including being unable to open the mouth and having trouble swallowing and breathing.

## Symptoms

Symptoms of tetanus include:

- Jaw cramping
- Sudden, involuntary muscle tightening (muscle spasms) — often in the stomach
- Painful muscle stiffness all over the body
- Trouble swallowing
- Jerking or staring (seizures)
- Headache
- Fever and sweating
- Changes in blood pressure and heart rate

The first sign is most commonly spasms of the muscles of the jaw, or "lockjaw."



## Complications

Serious health problems that can happen because of tetanus include:

- Uncontrolled/involuntary tightening of the vocal cords (laryngospasm)
- Broken bones (fractures)
- Infections gotten by a patient during a hospital visit (hospital-acquired infections)
- Blockage of the main artery of the lung or one of its branches by a blood clot that has travelled from elsewhere in the body through the bloodstream (pulmonary embolism)
- Pneumonia, a lung infection, that develops by breathing in foreign materials (aspiration pneumonia)
- Breathing difficulty, possibly leading to death (1 to 2 in 10 cases are fatal)

| Related Page |
|---|
| Symptoms/Complications for Clinicians |

Page last reviewed: February 28, 2019