# Exhibit 2

 Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Diphtheria

## Causes and Transmission

Diphtheria is an infection caused by the *Corynebacterium diphtheriae* bacterium.

Diphtheria spreads (transmits) from person to person, usually through respiratory droplets, like from coughing or sneezing. Rarely, people can get sick from touching open sores (skin lesions) or clothes that touched open sores of someone sick with diphtheria. A person also can get diphtheria by coming in contact with an object, like a toy, that has the bacteria that cause diphtheria on it.



Page last reviewed: December 17, 2018


Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Diphtheria

## Complications

Complications from diphtheria may include:

- Blocking of the airway
- Damage to the heart muscle (myocarditis)
- Nerve damage (polyneuropathy)
- Loss of the ability to move (paralysis)
- Lung infection (respiratory failure or pneumonia)



For some people, diphtheria can lead to death. Even with treatment, about 1 in 10 diphtheria patients die. Without treatment, up to half of patients can die from the disease.

Page last reviewed: December 17, 2018