# Exhibit 3

*10.06.01.03*

## .03 Reportable Diseases, Conditions, Outbreaks, and Unusual Manifestations; Submitting Clinical Materials.

A. A person, as set forth in Regulation .04 of this chapter, shall report the diseases or conditions listed in §C of this regulation, or any other condition as requested by the Secretary.

B. Within 1 working day of a positive laboratory finding for a disease or condition listed in §C of this regulation, or upon request of the Secretary, the director of a medical laboratory shall:

   (1) Submit clinical material to the Department's public health laboratory; and

   (2) Include information about the clinical material on a form provided by the Secretary.

C. List of Reportable Diseases and Conditions.

| HEALTH CARE PROVIDERS, INSTITUTIONS, AND OTHERS[1] | LABORATORIES | | TIMEFRAME FOR REPORTING[2] | |
|---|---|---|---|---|
| Diseases and Conditions | Laboratory Evidence of | Submit Clinical Materials to the Department[3] | Immediate | Within 1 Working Day |
| (1) An outbreak of a disease of known or unknown etiology that may be a danger to the public health[4] | Similar etiological agents from a grouping or clustering of patients | | X | |
| (2) A single case of a disease or condition not otherwise included in this table of known or unknown etiology, that may be a danger to the public health | An etiologic agent suspected to cause that disease or condition | | | X |
| (3) An unusual manifestation of a communicable disease in an individual | An etiologic agent suspected to cause that disease | | | X |
| (4) Acquired immunodeficiency syndrome (AIDS)[5] | Refer to COMAR 10.18 | | Refer to COMAR 10.18 | |
| (5) Amebiasis | Entamoeba histolytica | | | X |
| (6) Anaplasmosis | Anaplasma phagocytophilum | | | X |
| (7) Animal bites | Not Applicable | | X | |
| (8) Anthrax | Bacillus anthracis | X | X | |
| (9) Arboviral infections including, but not limited to:<br>(a) Dengue fever;<br>(b) Eastern equine encephalitis;<br>(c) LaCrosse virus infection;<br>(d) St. Louis encephalitis;<br>(e) Western equine encephalitis;<br>(f) West Nile virus infection;<br>(g) Yellow fever | Any associated arbovirus including, but not limited to:<br>(a) Dengue virus;<br>(b) Eastern equine encephalitis virus;<br>(c) LaCrosse virus;<br>(d) St. Louis encephalitis virus;<br>(e) Western equine encephalitis virus;<br>(f) West Nile virus;<br>(g) Yellow fever virus | X | X | |
| (10) Babesiosis | Babesia species | | | X |
| (11) Botulism | Clostridium botulinum, botulinum | X | X | |

| | | | | |
|---|---|---|---|---|
| | toxin, or other botulism producing Clostridia | | | |
| (12) Brucellosis | Brucella species | X | X | |
| (13) Campylobacteriosis | Campylobacter species | X | | X |
| (14) Chancroid | Haemophilus ducreyi | | | X |
| (15) Chlamydia trachomatis infection, including lymphogranuloma venereum (LGV) | Chlamydia trachomatis | X (if LGV strain) | | X |
| (16) Cholera | Vibrio cholerae | X | X | |
| (17) Coccidioidomycosis | Coccidioides immitis | | | X |
| (18) Creutzfeldt-Jakob disease | 14-3-3 protein from CSF or any brain pathology suggestive of CJD | | | X |
| (19) Cryptosporidiosis | Cryptosporidium species | | | X |
| (20) Cyclosporiasis | Cyclospora cayatensis | | | X |
| (21) Diphtheria | Corynebacterium diphtheriae | X | X | |
| (22) Ehrlichiosis | Ehrlichia species | | | X |
| (23) Encephalitis, infectious | Isolation from or demonstration in brain tissue, central nervous system tissue, or cerebrospinal fluid, of any pathogenic organism | X (Infectious agents as indicated elsewhere in §C of this regulation and viral agents except for HSV) | | X |
| (24) Epsilon toxin of Clostridium perfringens | Clostridium perfringens, epsilon toxin | | X | |
| (25) Escherichia coli O157:H7 infection | Escherichia coli O157:H7 | X | X | |
| (26) Giardiasis | Giardia species | | | X |
| (27) Glanders | Burkholderia mallei | X | X | |
| (28) Gonococcal infection | Neisseria gonorrhoeae | | | X |
| (29) Haemophilus influenzae invasive disease | Haemophilus influenzae, isolated from a normally sterile site | X | X | |
| (30) Hantavirus infection | Hantavirus | X | X | |
| (31) Harmful algal bloom related illness | Not Applicable | | | X |
| (32) Hemolytic uremic syndrome, post-diarrheal | Not Applicable | | | X |
| (33) Hepatitis A acute infection | Hepatitis A virus IgM | | X | |
| (34) Hepatitis, viral (B, C, D, E, G, all other types, and undetermined) | Hepatitis B, C, D, E, and G virus, other types | | | X |
| (35) Human immunodeficiency virus (HIV)[5] | Refer to COMAR 10.18 | | Refer to COMAR 10.18 | |
| (36) Influenza- associated pediatric mortality | Influenza virus-associated pediatric mortality in persons younger than 18 years old (if known) | | | X |
| (37) Influenza: novel influenza A | Isolation of influenza virus from | X | X | |

| | | | | |
|---|---|---|---|---|
| virus infection | humans of a novel or pandemic strain | | | |
| (38) Isosporiasis | Cystoisospora belli (synonym Isospora belli) | | | X |
| (39) Kawasaki syndrome | Not Applicable | | | X |
| (40) Legionellosis | Legionella species | X (if isolate from human) | X | |
| (41) Leprosy | Mycobacterium leprae | X | | X |
| (42) Leptospirosis | Leptospira interrogans | X | | X |
| (43) Listeriosis | Listeria monocytogenes | X | | X |
| (44) Lyme disease | Borrelia burgdorferi | | | X |
| (45) Malaria | Plasmodium species | X | | X |
| (46) Measles (rubeola) | Measles virus | | X | |
| (47) Melioidosis | Burkholderia pseudomallei | X | X | |
| (48) Meningitis, infectious | Isolation or demonstration of any bacterial, fungal, or viral species in cerebrospinal fluid | X (Infectious agents as indicated elsewhere in §C of this regulation and viral agents except for HSV) | | X |
| (49) Meningococcal invasive disease | Neisseria meningitidis (including serogroup, if known), isolated from a normally sterile site | X | X | |
| (50) Microsporidiosis | Various microsporidian protozoa, including but not limited to Encephalitozoon species | | | X |
| (51) Mumps (infectious parotitis) | Mumps virus | | | X |
| (52) Mycobacteriosis, other than tuberculosis and leprosy | Mycobacterium species, other than Mycobacterium tuberculosis complex or Mycobacterium leprae | | | X |
| (53) Pertussis | Bordetella pertussis | | X | |
| (54) Pertussis vaccine adverse reactions | Not Applicable | | | X |
| (55) Pesticide related illness | Cholinesterase below the normal laboratory range | | | X |
| (56) Plague | Yersinia pestis | X | X | |
| (57) Pneumonia in a health care worker resulting in hospitalization | Various organisms | | | X |
| (58) Poliomyelitis | Poliovirus | X | X | |
| (59) Psittacosis | Chlamydophila psittaci (formerly Chlamydia psittaci) | | | X |
| (60) Q fever | Coxiella burnetii | X | X | |
| (61) Rabies (human) | Rabies virus | | X | |
| (62) Ricin toxin poisoning | Ricin toxin (from Ricinus communis castor beans) | | X | |
| (63) Rocky Mountain spotted fever | Rickettsia rickettsii | | | X |

| | | | | |
|---|---|---|---|---|
| (64) Rubella (German measles) and congenital rubella syndrome | Rubella virus | | X | |
| (65) Salmonellosis (nontyphoidal) | Salmonella species, including serogroup, if known | X | | X |
| (66) Severe acute respiratory syndrome (SARS) | SARS-associated coronavirus (SARS-CoV) | X | X | |
| (67) Shiga-like toxin producing enteric bacterial infections | Shiga toxin, shiga-like toxin, or the toxin-producing bacterium | X | X | |
| (68) Shigellosis | Shigella species, including species or serogroup, if known | X | | X |
| (69) Smallpox and other orthopoxvirus infections | Variola virus, vaccinia virus, and other orthopox viruses | X | X | |
| (70) Staphylococcal enterotoxin B poisoning | Staphylococcus enterotoxin B | | X | |
| (71) Streptococcal invasive disease, Group A | Streptococcus pyogenes, Group A, isolated from a normally sterile site | X | | X |
| (72) Streptococcal invasive disease, Group B | Streptococcus agalactiae, Group B, isolated from a normally sterile site | X | | X |
| (73) Streptococcus pneumoniae invasive disease | Streptococcus pneumoniae, isolated from a normally sterile site | X | | X |
| (74) Syphilis | Treponema pallidum | | | X |
| (75) Tetanus | Clostridium tetani | | | X |
| (76) Trichinosis | Trichinella spiralis | | | X |
| (77) Tuberculosis, active disease and suspected active tuberculosis[6] | Mycobacterium tuberculosis complex | X | X | |
| (77-1) Tuberculosis, latent infection (LTBI)[7] | Mycobacterium tuberculosis complex, latent infection | | | X |
| (78) Tularemia | Francisella tularensis | X | X | |
| (79) Typhoid fever (case, carrier, or both, of Salmonella Typhi) | Salmonella Typhi | X | X | |
| (80) Vancomycin-intermediate Staphylococcus aureus (VISA) infection or colonization | Intermediate resistance of the S. aureus isolate to vancomycin | X | | X |
| (81) Vancomycin-resistant Staphylococcus aureus (VRSA) infection or colonization | Resistance of the S. aureus isolate to vancomycin | X | | X |
| (82) Varicella (chicken pox), fatal cases only | Varicella-zoster virus (Human herpesvirus 3) | | | X |
| (83) Vibriosis, non-cholera[8] | All non-cholera Vibrio species[8] | X | | X |
| (84) Viral hemorrhagic fevers (all types) | All hemorrhagic fever viruses, including but not limited to Crimean-Congo, Ebola, Marburg, Lassa, Machupo viruses | | X | |
| (85) Yersiniosis | Yersinia species | X | | X |

Footnotes:

[1.] As required to report in Regulation .04A(1)—(3), (5), and (6) of this chapter.

2. The timeframe for reporting is specified in Regulation .04C of this chapter.

3. Clinical material shall be submitted according to §B of this regulation.

4. Any grouping or clustering of patients having similar disease, symptoms, or syndromes that may indicate the presence of a disease outbreak.

5. Acquired immunodeficiency syndrome (AIDS) and human immunodeficiency virus (HIV), including CD4+ lymphocyte count and viral load, are reportable under COMAR 10.18.

6. Tuberculosis confirmed by culture and suspected tuberculosis as indicated by:

   (a) A laboratory confirmed acid-fast bacillus on smear;

   (b) An abnormal chest radiograph suggestive of active tuberculosis;

   (c) A laboratory confirmed biopsy report consistent with active tuberculosis; or

   (d) Initiation of two or more anti-tuberculosis medications.

7. Latent tuberculosis infection as indicated when:

   (a) There is a positive result on an Interferon Gamma Release Assay, Tuberculin Skin Test, or any other test indicating tuberculosis infection; and

   (b) Active or suspected tuberculosis has been ruled out.

8. Vibriosis, non-cholera, identified in any specimen taken from teeth, gingival tissues, or oral mucosa is not reportable.