## Mallon vs. Frostburg

I'd like to start by saying that I am not a lawyer or a doctor, I'm just a chronically ill man that couldn't understand why he wasn't allowed to get his degree and leave his healthcare in the hands of his own doctors. With regards to the debate on whether I was eligible to receive accommodations the answer is clear that I was and had already received an accommodation from the school for an unrelated issue. The reason that the school has my social security disability award letter (which is now public record in direct violation of FERPA thanks to the defense) is because I gave it to Frostburg's disability support services in order to be eligible for accommodations to which I received one. As far as the vaccinations go, the reason my doctor's letter says "live vaccinations" is because I told him she wanted to give me the MMR vaccination. At the time I had no idea what live and dead vaccinations were. All I knew was how bad my health had gotten over the years and how I wanted to leave all medical decisions in the hands of my treating physician which because of my compromised immunity and the changing modalities of my medication is the recommendation of the CDC: " The degree of altered immunocompetence in a patient should be determined by a physician, The challenge for clinicians and other health-care providers is assessing the safety and effectiveness of vaccines for conditions associated with primary and secondary immunodeficiency, especially when new therapeutic modalities are being used and information about the safety and effectiveness of vaccines has not been characterized fully in persons receiving these drugs." (CDC) Darlene Smith had made it clear to my doctor what she wanted and my doctor and I decided because I've had such a hard time with treatment and the fact I've had allergic reactions to both medication and vaccines that I will not receive any more vaccinations. I'd like to point out that the United States Supreme Court extends the right to refuse unwanted medical interventions, *Cruzan v.*

*Director Missouri Dept. Health,* 497 U.S. 261,278 (1990). Also due to the Supremacy Clause Title III of the Americans with Disabilities Act would supersede any University policy or state law. Also, the idea that expelling me was necessary for the safety of the school is preposterous. Frostburg University contracts out the cafeteria workers. If the people making the food don't have to be vaccinated I don't understand why I was kicked out. They also have many events at the school where they invite the public to come and interact with the students. Let's not forget that they kept me there a year before kicking me out. Darlene Smith had mentioned in her affidavit that I was a risk to their herd immunity. The problem is you can never achieve herd immunity through a 10 year TDAP vaccination plan. TDAP has waning immunity which means it loses its effectiveness over the years. After 5 years it is said the vaccination is ineffective. Pertussis immunity loses its effectiveness after 2 years. I'd like to point out that TDAP wasn't a requirement in Maryland colleges until 2014 and is still not a requirement for college by the Maryland Department of Health. The drug itself wasn't made available to everyone until 2012. We don't know the effects of this vaccination on the general public let alone those with chronic illnesses. Lastly this idea that I was somehow withholding Medical documentation is untrue. I tried getting my vaccination records but was unable. Documentation was never brought up again until recently because the defense is trying to justify kicking me out of school. I'm sure there are more questions and I pray that you give me the opportunity to answer them properly. Right now I am working without a lawyer. I hope the court will allow me to continue as I think this is a very important case. I have reached out to Robert F. Kennedy Jr.'s Children's Health Defense and they have told me that they may be able to put me in touch with a lawyer in my area. I'd like to point out that the defense switched council recently and also asked and was awarded extra time to prepare. Sincerely, Shane Mallon

<u>Certificate of Service</u>

I, Shane Mallon, certify that on August 13, 2019 I mailed a copy of all the documents I have presented to the court earlier that day (August 13, 2019) to the defendant's lawyer Constantine Alexander Hortis in the Case #19cv795 Mallon v. Frostburg State University. The address I sent it to was 200 St. Paul Place 17th floor Baltimore, Md 21201.

Mallon v Frostburg  Case # 19cv795