Mallon v Frostburg Case # 1:19-cv-00795-BPG

F
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 DEC 3 AM 11: 17
AT BALTIMORE
BY ____KO____ DEPUTY

As requested by the court, I am adding my phone number and email address.

Phone: 443-838-8448

Email: shanemallon17@gmail.com

I'd like to add that I was out of town this holiday weekend. To my understanding a letter came on either thanksgiving or the day before requesting that I submit something on Monday. I ask that the court please allow me more time in the future to respond as I am still trying to navigate all the rules I have to follow. I just learned today that I am able to mail in responses rather than drive downtown and pay for parking just to submit something. This whole process is financially burdening on me and I am still actively trying to find a lawyer. I also would like to add that the defense's emails go straight to my spam mail, I am not sure if there is anything they can do to change this. I will be faxing this and paying to send this overnight mail so it reaches the court tomorrow. I am humbly asking the court for more leniency and patience throughout these processes going forward.

Sincerely,

Shane Mallon

Mallon v. Frostburg State University Case No. 1:19-cv-00795-BPG

## Certificate of Service

I, Shane Mallon, certify that on 12/2/19 a copy of a document that I had submitted to the court was mailed to Constantine Hortis at 200 St. Paul Place 17th Floor Baltimore, MD 21201.

Shane Mallon