FILED ENTERED
LODGED RECEIVED

JAN 2 2 2020

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## Motion to Strike

Motion to strike Defenses' requests for documentation over privacy and irrelevance to case.

Shane Mallon

*[signature]*

1/21/20

Mallon v. Frostburg State University Case No. 1:19-cv-00795-BPG

JAN 2 3 2020

## Certificate of Service

I, Shane Mallon, certify that on 1/21/20 a copy of a document that I had submitted to the court was mailed and emailed to Constantine Hortis at 200 St. Paul Place 17th Floor Baltimore, MD 21201 and his email address.

Shane Mallon

*[signature]*

1/21/20