**BRIAN E. FROSH**
*Attorney General*

**ELIZABETH F. HARRIS**
*Chief Deputy Attorney General*

**CAROLYN QUATTROCKI**
*Deputy Attorney General*
410-576-6437

**KATHERINE D. BAINBRIDGE**
*Division Chief*

**CHRISTOPHER B. LORD**
*Division Deputy Chief*

WRITER'S DIRECT DIAL NO.
410-576-6320
E-Mail: ahortis@oag.state.md.us



### STATE OF MARYLAND
### OFFICE OF THE ATTORNEY GENERAL
### EDUCATIONAL AFFAIRS DIVISION

January 30, 2020

***VIA EMAIL AND FIRST CLASS MAIL***

Honorable Beth P. Gesner
Chief Magistrate Judge
United States District Court
101 West Lombard Street
Baltimore, MD 21201

    Re:    *Shane Mallon v. Frostburg State University, et al.,* Case No. 19-cv-00795-BPG

Dear Judge Gesner:

On behalf of my client Defendant Frostburg State University ("Defendant" or "Frostburg State"), and with the consent of Plaintiff Shane Mallon ("Plaintiff" or "Mr. Mallon"), we are submitting this joint letter in accordance with your informal discovery dispute procedures set forth in your letter of October 23, 2019. (ECF 45.)

On January 22, 2020, Plaintiff Shane Mallon ("Plaintiff" or "Mr. Mallon") filed a Motion to Strike seeking to strike all of Defendant's "requests for documentation over privacy and irrelevance to case." (ECF 58). On Thursday, January 23, 2020, I spoke with Mr. Mallon over the phone in a sincere attempt to resolve this discovery dispute. I reiterated that Defendant would enter into a Stipulated Order on Confidentiality to ensure the privacy of his records. For Request No. 15, we agreed that Mr. Mallon could satisfy it by certifying that he has not filed tax returns the past two years. Exh. 1: Requests for Production. As for the remaining Requests, Mr. Mallon's position is that the other requests seek documents that are private and not relevant. Defendant's position is that they are necessary for its defenses to this ADA and Rehabilitation Act case.

We are submitting this joint letter to comply with the Court's discovery dispute procedures. Within 24 hours of sending this letter, the parties will each send the 2-page letter setting forth our respective positions. Thank you.

Sincerely,

Alex Hortis
Assistant Attorney General

Enclosure
cc:    Shane Mallon

200 Saint Paul Place, 17th Floor, Baltimore, Maryland 21202-2021
(410) 576-6450 ❖ Telephone for Deaf (410) 576-6372 ❖ Facsimile (410) 576-6437
www.marylandattorneygeneral.gov

# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

SHANE MALLON,       *

      Plaintiff,       *

v.       *    Civil Action No.: BPG-19-795

FROSTBURG STATE UNIVERSITY, *et al.*,    *

      Defendants.       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT FROSTBURG STATE UNIVERSITY'S
## FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 34, Local Rule 104, and Appendix A to the Local Rules (Discovery Guidelines), Defendant Frostburg State University ("Defendant" or "Frostburg State"), by its undersigned counsel, requests that Plaintiff Shane Mallon ("Plaintiff" or "Mr. Mallon") respond to its First Request for Production of Documents and produce for inspection and copying the following documents and electronically storied information ("ESI") within thirty (30) days of service (by January 13, 2020) at the office of C. Alexander Hortis, Assistant Attorney General, Office of the Attorney General, Educational Affairs Division, 200 St. Paul Place, 17th Floor, Baltimore, Maryland 20202.

Defendant is willing to enter into the attached Stipulated Order Regarding Confidentiality of Discovery Material pursuant to Local Rule 104.13 to protect the confidentiality of any information and documents that are produced in discovery. If you have since retained counsel, please forward this Request for Production to your counsel, as the undersigned counsel does not represent you.

## INSTRUCTIONS

1.     Pursuant to Rule 34(b)(2)(B), if you object to a Request, the grounds for each objection must be stated with specificity.  Also pursuant to that Rule, if you intended to produce copies of documents or of ESI instead of permitting inspection, you must so state.

2.     If, in responding to this Request for Production, the responding party encounters any ambiguities when construing a request or definition, the response shall set forth the matter deemed ambiguous and the construction used in responding.

3.     Pursuant to Rule 34(b)(2)(C), an objection must state whether any responsive materials are being withheld on the basis of that objection.

4.     Whenever in this Request you are asked to identify or produce a document which is deemed by you to be properly withheld from production for inspection or copying:

A.     If you are withholding the document under claim of privilege (including, but not limited to, the work product doctrine), please provide the information set forth in Fed. R. Civ. P. 26(b)(5) and Discovery Guideline 10(d)(ii)(b).  For electronically stored information, a privilege log (in searchable and sortable form, such as a spreadsheet, matrix, or table) generated by litigation review software, containing metadata fields that generally correspond to the above paragraph is permissible, provided that it also discloses whether transmitting, attached or subsidiary ("parent-child") documents exist and whether those documents have been produced or withheld.

B.     If you are withholding the document for any reason other than an objection that it is beyond the scope of discovery, identify as to each document and, in addition to the information requested in paragraph 4.A, above, please state the reason for

withholding the document. If you are withholding production on the basis that ESI is not reasonably accessible because of undue burden or cost, provide the information required by Discovery Guideline 10(e).

5. When a document contains both privileged and non-privileged material, the non-privileged material must be disclosed to the fullest extent possible without thereby disclosing the privileged material. If a privilege is asserted with regard to part of the material contained in a document, the party claiming the privilege must clearly indicate the portions as to which the privilege is claimed. When a document has been redacted or altered in any fashion, identify as to each document the reason for the redaction or alteration, the date of the redaction or alteration, and the person performing the redaction or alteration. Any redaction must be clearly visible on the redacted document.

6. It is intended that this Request will not solicit any material protected either by the attorney/client privilege or by the work product doctrine which was created by, or developed by, counsel for the responding party after the date on which this litigation was commenced. If any Request is susceptible of a construction which calls for the production of such material, that material need not be provided and no privilege log pursuant to Fed. R. Civ. P. 26(b)(5) or Discovery Guideline 10(d) will be required as to such material.

7. Pursuant to Fed. R. Civ. P. 34(a)(1), each and every Request encompasses all documents in your possession, custody, or control, such that you have a duty to reasonably exercise your custody or control to obtain copies of them.

8. For each Request, the present tense includes the past and future tenses. In addition, the singular includes the plural, and the plural includes the singular. "All" means "any and all;" "any" means "any and all." "Including" means "including but not limited to." And" and "or"

encompass both "and" and "or." Words in the masculine, feminine, or neuter form shall include each of the other genders.

## DEFINITIONS

Notwithstanding any definition set forth below, each word, term, or phrase used in this Request is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure. As used in this Request, the following terms are to be interpreted in accordance with these definitions:

1. *Communication:* The term "communication" means the transmittal of information by any means.

2. *Concerning:* The terms "concerning" or "concern" means relating to, referring to, describing, evidencing, or constituting.

3. *Document:* The terms "document" and "documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "items" in Fed. R. Civ. P. 34(a)(1) and include(s), but is not limited to electronically stored information and e-mails and phone records. The terms "writings," "recordings," and "photographs" are defined to be synonymous in meaning and equal in scope to the usage of those terms in Fed. R. Evid. 1001. A draft or non-identical copy is a separate document within the meaning of the term "document."

4. *Occurrence/Transaction:* The terms "occurrence" and "transaction" mean the events described in the Amended Complaint and other pleadings, as the word "pleadings" is defined in Fed. R. Civ. P. 7(a).

5. *Parties:* The terms "plaintiff" and "defendant" (including, without limitation, third-party plaintiff, third-party defendant, counter claimant, cross-claimant, counter-defendant, and cross-defendant), as well as a party's full or abbreviated name or a pronoun referring to a party,

4

mean that party and, where applicable, its officers, directors, and employees. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation or to limit the Court's jurisdiction to enter any appropriate order.

6. *Person*: The term "person" is defined as any natural person or any business, legal or governmental entity, hospital, health care clinic, or association.

7. *You/Your:* The terms "you" or "your" include Plaintiff Shane Mallon, the person to whom this Request is addressed, and all of Mr. Mallon's person's agents, representatives, and attorneys.

8. *"And"* or *"or"*: The terms "and" and "or" encompass both "and" and "or."

9. *Amended Complaint*: The term "Amended Complaint" is defined to mean the operative Amended Complaint filed on March 16, 2019, as ECF Document 2-1.

10. *Health care provider*: The term "health care provider" is defined to mean any physician, primary care doctor, specialist, allergist, immunologist, dermatologist, internist, orthopedist, pathologist, rheumatologist, nurse practitioner, nurse, pharmacist, physician's assistant, phlebotomist, psychologist, psychiatrist, therapist, counselor (religious or otherwise), surgeon, rehabilitation specialist, physical therapist, occupational therapist, or any other health care professional in government or private practice.

## DOCUMENT REQUESTS

1. Please produce all of the documents referred to in your Answers to Defendant Frostburg State University's First Set of Interrogatories to Plaintiff.

2. Please produce all documents and communications between you and Frostburg State University (or anyone known or believed by you to have been acting under the authority of Frostburg State), concerning the occurrences that you complain of in your Amended Complaint.

5

3.    Please produce all e-mails that you sent to or received from any official or employee of Frostburg State between January 1, 2017, and December 31, 2018, concerning the occurrences that you complain of in the Amended Complaint.

4.    Please produce all documents (including but not limited to agreements, contracts, correspondence, notes, evidence, memoranda, and reports) provided to, received from, or prepared by each witness identified by you in connection with disclosures that would be required by Fed. R. Civ. P. 26(a)(2)(A).

5.    Please produce all documents concerning, describing, summarizing, supporting, or showing any factual assertion or opinion by your expert witnesses.

6.    Please produce all documents and medical records concerning or showing your consultations or treatment for rheumatoid arthritis between January 1, 2017, and December 31, 2018, including but not limited to, Dr. John Brendon Miller, Johns Hopkins Medicine, and any other health care provider.

7.    Please produce all documents and medical records concerning or showing each vaccination or immunization you have received since 2010, including but not limited to, your 2011 Tdap or tetanus shot at Good Samaritan Hospital in Baltimore. If you do not have these records currently in your possession, please exercise your custody or control to obtain copies of these records from your health care providers.

8.    Please produce all documents and communications concerning, describing, summarizing, supporting, or showing every attempt by you between January 1, 2017, and December 31, 2018, to obtain copies of your vaccination or immunization records (including but not limited to all vaccinations or proof of immunity to measles, mumps, rubella, tetanus, diphtheria, and pertussis) for Frostburg State.

9. In Paragraph 5 of your Second Declaration of Shane Mallon dated April 29, 2019 (ECF 22-8) ("Mallon Second Decl."), you state that when you contacted your high school "my high school replied that the high school does not keep vaccination medical records past ten years." Mallon Second Decl. ¶ 5. Please produce all documents all e-mails and phone records (including but not limited to account statements, balance details, monthly bills, and records of calls) concerning or showing your contacts with your high school to obtain your vaccination records.

10. Defendant's position is that you could have accepted another one of its reasonable accommodations by taking a MMR antibody blood titers test. Please produce all documents and medical records concerning or showing each instance in which you had a blood test or blood work by any health care provider, and any adverse reactions that you had to such tests (include but not limited to an MMR antibody blood titers test) between January 1, 2010, and December 31, 2018. If you do not have these records currently in your possession, exercise your custody or control to obtain copies of these records from your health care providers.

11. Please produce all documents, e-mails and phone records (including but not limited to account statements, balance details, monthly bills, and records of calls) concerning or showing your attempts, if any, between January 1, 2017, and December 31, 2018, to obtain copies of your immunization records when you entered the United States, including those available through United States Citizenship and Immigration Services ("USCIS").

12. Please produce your immunization records held by USCIS by promptly submitting a Freedom of Information Act request to USCIS for your immigration records either by mail or through USCIS's online portal (along with a copy of your FOIA request as part of your production). For your convenience, enclosed are copies of relevant sections of the FOIA website pages from

USCIS. Exh. 1: FOIA website *available at*: https://www.foia.gov/?id=da7c02bc-3ae8-4a09-ad94-48fdbb2bcc6f&type=component.

13.     Please produce all documents concerning your claim for damages or the methods used to calculate such alleged damages for your claims against Frostburg State.

14.     On December 8, 2016, the Social Security Administration ("SSA") issued findings on your inability to work due to physical impairments. Please produce copies of all of your submissions to SSA and the Administrative Law Judge presiding over your hearing, including but not limited a copy of all of your legal briefs, affidavits, exhibits, and transcript of your testimony. If you do not currently possess these records, please exercise your custody and control over them by requesting copies from your former attorney Timothy Peters or SSA through a FOIA request.

15.     Please produce your federal and state income tax returns, with their attachments, for the past three (3) years. If you do not currently possess them, please exercise your custody and control by promptly requesting copies of them by submitting Form 4506 with the Internal Revenue Service. For your convenience, enclosed is a copy of Form 4506 from the IRS. Exh. 2: IRS Form 4506 IRS *available at*: https://www.irs.gov/pub/irs-pdf/f4506.pdf.

16.     Please produce all documents which you or anyone on your behalf intend to introduce at trial on this matter for your claims against Frostburg State.


Dated:  December 13, 2019             Respectfully submitted,
        Baltimore, Maryland

                                      BRIAN E. FROSH
                                      Attorney General of Maryland

                                      _____
                                      C. Alexander Hortis (Fed. Bar No. 28522)
                                      Assistant Attorney General
                                      Educational Affairs Division

200 St. Paul Place, 17th Floor
Baltimore, MD 21202
Phone: (410) 576-6320
Fax: (410) 576-6437
Email: ahortis@oag.state.md.us

*Attorneys for Defendant Frostburg State University*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2019, a copy of the foregoing Defendant

Frostburg State University's First Request for Production of Documents to Plaintiff was served by

electronic mail and certified mail, postage prepaid, on:

Shane Mallon
5947 Lillyan Avenue
Baltimore, Maryland 21206

E-mail: shanemallon17@gmail.com

C. Alexander Hortis

# Exhibit 1



**U.S. Citizenship and
Immigration Services**

# Researching Individuals

Immigration and nationality records changed over time. For this reason there is no one set of instructions to guide family
history research. What records exist and how to find them depend entirely on when the immigrant arrived and if, when, or how
they became a United States citizen.

## Arrival Records

Arrived before 1924

Arrival before 1924 but arrival record cannot be found

Arrival 1924 to ca. 1944

Arrival before August 1940 and not naturalized by August 1940

Arrival between March 31, 1944 and May 1, 1951

Arrival after May 1, 1951

All immigrants admitted since May 1, 1951 should be entirely documented in an A-File, a
unified folder intended to hold all records related to one individual. A-Files numbered 8
million and above (arrived May 1, 1951 and after) are available through the USCIS Freedom
of Information Act Program (FOIA)

## Nationality Records

1790 to September 26, 1906

September 27, 1906 to March 31, 1956

Since April 1, 1956

Note: The USCIS History Offices updates the guide with information on additional records and
more detailed discussions of the records already included. Please subscribe to our Gov Delivery
update if you would like to receive notification of updates.

U.S. Citizenship and Immigration Services (USCIS) began operations on March 1, 2003. During
the preceding century, the Immigration and Naturalization Service (INS) oversaw federal

immigration and naturalization policy. Thus, students and scholars interested in the origins of USCIS and the policies it administers, as well as those studying the immigration policies now carried out by Customs and Border Patrol (CBP) and Immigration and Customs Enforcement (ICE), often begin their historical research in the records of INS. This guide will equip you with the knowledge necessary to identify and request historical INS files from both the National Archives and, for more recent files, USCIS.

For more than a century, the INS and its predecessor agencies generated numerous types of records and organized and indexed these records in a multitude of ways. Generally, INS records can be divided into two categories:

- Records relating to individual immigrants, such as Naturalization Certificate files, and
- Records that relate to subject, policy, administrative and correspondences files that document how INS administered immigration and nationality policies. This set of records provides information about how INS carried out its functions on a day-to-day basis.

If you are interested in researching a specific immigrant's experiences, see our Guide to the Records of Individual Immigrants. If you are interested in researching the history of federal immigration agencies such as INS and the Border Patrol, or any aspect of twentieth century immigration and nationality policy, you should begin with the subject research guide.

Research with INS' historical files requires time, patience, and sometimes familiarity with unclear archival language. Students, and even experienced scholars who approach the records without proper preparation can quickly become frustrated. For example, archivists can seldom retrieve records on a given topic. Instead they need a specific Record Group (RG), entry, and file numbers.

The subject research guide will equip you with the knowledge necessary to identify and request historical INS files from both the National Archives and USCIS.

Today, most INS subject, policy, administrative, and correspondence files dated before 1956 are part of RG 85, Records of the Immigration and Naturalization Service (INS), at the National Archives in Washington, D.C. Within RG 85 the files are divided into separate entries depending on the date and to some extent the topic of the file.

Our research guide currently includes information about INS's four main records series:

- Early Immigration Correspondence files (1882-1912);
- Immigration Policy and Correspondence files (1906-1956);
- Bureau of Naturalization Correspondence files (1906-1944); and
- Central Office (CO) subject files (1957-1995).

Updates to the research guide will cover additional records including records related to Chinese Exclusion Act enforcement. Please send us a message if you would like to receive notices about updates to the guide.

VISIT OUR RESEARCH GUIDE FOR MORE INFORMATION

Last Reviewed/Updated: 12/05/2019

 An official website of the United States government
Here's how you know

 UNITED STATES DEPARTMENT of JUSTICE

MENU

 **FOIA.gov**

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

# The basic function of the Freedom of Information Act is to ensure informed citizens, vital to the functioning of a democratic society.

This site can help you determine if filing a FOIA request is the best option for you and help you create your request when you're ready.

Tips for making a request

or

**Start your request**

# Do research and determine if you need to make a FOIA request, then get ready.



**Do research before you request**

**Identify the right agency**

**What happens next**

# Select an agency to start your request or to see an agency's contact information:

Department of Homeland Security

Department of Homeland Security

# U.S. Citizenship & Immigration Services

**Currently, this agency's FOIA system is not linked to FOIA.gov.**
You can submit a request to this agency using the information found at the
agency's online submission form .

## Agency mission

The Department of Homeland Security has a vital mission: to secure the nation from
the many threats we face. This requires the dedication of more than 230,000
employees in jobs that range from aviation and border security to emergency
response, from cybersecurity analyst to chemical facility inspector.

FOIA Reference Guide

FOIA Regulations

## Contact

Jill Eggleston, FOIA Officer

800-350-5521

uscis.foia@uscis.dhs.gov

FOIA Requester Service Center

800-375-5283

Jill Eggleston, FOIA Officer

800-350-5521

uscis.foia@uscis.dhs.gov

U.S. Citizenship & Immigration Services, National Records Center, FOIA/PA Office
P.O. Box 648010
Lee's Summit, MO 64064-8010

uscis.foia@uscis.dhs.gov

**Average processing time for 2018**

> 35 working days for simple requests

> 80 working days for complex requests

**The records or information you're looking for may already be public.**

> Visit the agency's website ☐ to learn more.

> To see what's been made available, you can visit an agency's FOIA library ☐ .

# Index of government agencies

**Government agencies A to Z**

**A**

**C**

**D**

**E**

**F**

**G**

**H**

- Harry S. Truman Scholarship Foundation

# Exhibit 2

Form **4506**

(March 2019)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506, visit *www.irs.gov/form4506.*

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a Tax Return Transcript for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** Tax return requested. Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____

Note: If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . . . . . ☐

**7** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

_____     _____     _____     _____

_____     _____     _____     _____

**8** Fee. There is a $50 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.

| | | | |
|---|---|---|---|
| **a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $ | 50.00 |
| **b** Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . . . . | | | |
| **c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . . . . . | | $ | |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. Note: This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.**

Phone number of taxpayer on line 1a or 2a

| | |
|---|---|
| **Sign Here** ▸ Signature (see instructions) | Date |
| ▸ Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| Spouse's signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 41721E   Form **4506** (Rev. 3-2019)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506.* Information about any recent developments affecting Form 4506, Form 4506-T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of nonfiling, and records of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

### Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |

### Chart for all other returns

| If you lived in or your business was in: | Mail to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signatures by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 16 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.