Mallon v. Frostburg                                    Civil Action No.: BPG-19-795

To the Court,

    I ask the court to please strike requests for production especially the requests for phone records, medical records, email records, SSDI records, and immigration records. I do no need to produce my phone records to show that Archbishop Curley does not keep records past ten years, if need be they can write a letter to the court about their record keeping but I believe that 10 year policy is pretty standard in Maryland high schools. Secondly, my emails between myself and Frostburg should not need to be provided because they would already have all those emails. I believe the defense is just trying to see what evidence I have against Frostburg so they can build their case around it. My immigration records are irrelevant. Frostburg had already required me to prove immigration status by providing my passport. As far as any other information provided through those records, I was never asked by anyone at Frostburg to produce them so there is no reason why I should have to produce them now. Also, there is more than enough evidence in my SSDI award letter about my medical condition and my SSDI eligibility that I shouldn't need to provide anything else. I believe the defense is just trying to punish me and make this process as difficult as possible. Lastly, my medical records are protected by HIPPA and should not need to be brought out into the public. I have provided more than enough evidence as to why I did not want to receive any vaccinations. The defense has yet to provide anything that says a person in my condition can receive a Tetanus shot. The only thing they have provided is a vague safety law that allows them to make policy. They have not shown a policy for the time I was in Frostburg. They have shown a policy that has been updated twice since I was kicked out. Also I was told, after I was kicked out, in the Maryland Higher Education letter that Frostburg's policy was the same as Towson's policy. If you look at Towson's policy they do not require Tetanus if you

can't receive live vaccinations. Frostburg has failed to provide any evidence that they had the right to do what they did. Also none of this explains why I was not allowed to take online classes or why I was not given a hearing before I was expelled, or why there was still a hold that Darlene Smith refused to lift when I was signing up for online classes. I am more than willing to work with the defense to provide evidence but I ask that it be specific and I ask that they start providing evidence.

Shane Mallon