Case 1:19-cv-00795

Dear Judge Gesnar,

    I would like to start out by talking about the Discovery process. Despite what the defense is saying there has not been any attempts to sincerely resolve our issues. The only time I hear from the defense is when one of these joint letters is due. They did call me one other time about a deadline while I was lying in a hospital bed with the coronavirus and pneumonia fearing for my life. I told them to please leave me alone because I could not handle anything else right now. They left me alone for a day and then called me again the next day, while I was still in hospital fearing for my life, trying to get me to drop the case. That's the kind of cooperation and sincere attempts to resolve this matter that I have gotten from the defense during this trial. They have not tried to get to the truth because they know they were wrong. Their only hope is that you throw this case out. Since we have started this, Frostburg State University has since changed almost all of their policies. If they were doing nothing wrong why would the policies need to be changed. What we are doing is making a difference. I'm happy to say that I recently saw that Frostburg now requires vaccinations to be examined by the student's personal physician before they come to the University. Before the policy was to bombard students with vaccination requests during mid-terms with the threat that they won't be able to register for classes if they don't get them. It is also my understanding that the University no longer provides vaccinations which I think is the right path. As I had said before I don't believe nurses should be giving medical interventions without a doctor's supervision and without an understanding of the patients medical history. As for the requests for production I have asked the defense twice now for them to send the interrogatories for which they have refused I will go to the court house tomorrow to obtain a copy of it from the records and I can have it completed by Monday. Honestly I'm still dealing

with a lot of medical issues and it just is very draining. I apologize for any lateness but I will point out that I have always been more than willing to talk about my case at any point. I want the truth to come out and I am not scared of telling my story. Lastly I would Like to talk about the laws surrounding these vaccines. I am being asked to abide by rules that don't exist. There are no legal parameters for refusing a vaccine and Frostburg didn't have a policy. The Maryland Department of Health has a waiver built in for their recommendation for a Meningitis vaccine. Also I'm being asked to debate if I was eligible to receive vaccinations when the truth is that vaccinations safety are not studied in those with autoimmune diseases because of the risks. The defense has not shown any proof that vaccines are safe for those with autoimmune diseases because there is none. I will leave you with this video that I pray that you will watch before making any decisions. The video on Youtube directly relates to this case and gives a clear understanding about the vaccine laws in the country. As a member of the legal community that is making decisions on these cases I believe it is essential that you watch. The video is a debate between Robert F. Kennedy Jr. and Alan Dershowitz on the laws around vaccinations: https://www.youtube.com/watch?v=IfnJi7yLKgE

    Sincerely,

    Shane Mallon