IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHANE MALLON,

   Plaintiff, *pro se*

v.                                                                                  Civil No.: BPG-19-795

FROSTBURG STATE UNIVERSITY, *et al.*,

   Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. defendants' Motion for Sanctions (ECF No. 87) is GRANTED;

2. defendants' Motion, in the Alternative, for Summary Judgment (ECF No. 87) is GRANTED;

3. plaintiff's Motion for Summary Judgment (ECF No. 95) is DENIED;

4. the case is DISMISSED WITH PREJUDICE; and

5. the Clerk shall close this case.

September 15, 2021

                                                                           /s/
                                                     Beth P. Gesner
                                                     Chief United States Magistrate Judge